# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2727

_____

Tuk Bahadur Siluwal

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: May 21, 2014
Filed: May 28, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Nepalese citizen Tuk Bahadur Siluwal petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). After careful review, we conclude that the denial of relief was supported by

substantial evidence on the record as a whole.  See Khrystotodorov v. Mukasey, 551 F.3d 775, 781, 784 (8th Cir. 2008) (substantial-evidence standard for reviewing denials of asylum, withholding of removal, and CAT relief).  Accordingly, we deny the petition for review.  See 8th Cir. R. 47B.

_____